1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RAYMOND CROWTHER,                    No. C 07-01439 CW (PR)

12          Plaintiff,                    ORDER OF DISMISSAL WITHOUT
                                          PREJUDICE
13      v.

14   SHERIFF SANTA CLARA COUNTY,

15          Defendant(s).
     _____/
16

17      Plaintiff, a state prisoner, filed the present pro se prisoner

18   complaint under 42 U.S.C. § 1983.  On April 2, 2007 and May 31,

19   2007, mail directed to Plaintiff by the Court was returned to the

20   Clerk of the Court with a notation that it was undeliverable.  To

21   date, Plaintiff has not updated his address with the Court or

22   submitted any further pleadings in this case.

23      Pursuant to Northern District Local Rule 3-11 a party

24   proceeding pro se whose address changes while an action is pending

25   must promptly file a notice of change of address specifying the new

26   address.  See L.R. 3-11(a).  The court may, without prejudice,

27   dismiss a complaint when: (1) mail directed to the pro se party by

28   the court has been returned to the court as not deliverable, and

United States District Court
For the Northern District of California

(2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address.  Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  The Clerk of the Court shall enter judgment in accordance with this Order, terminate all pending motions, and close the file.

IT IS SO ORDERED.

Dated:  6/12/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CROWTHER,

         Plaintiff,

  v.

SHERIFF SANTA CLARA COUNTY
et al,

         Defendant.

Case Number: CV07-01439 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond  Crowther V79553
San Quentin State Prison
San Quentin,  CA 94974

Dated: June 12, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California